RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

*E-FILED 5/16/06*

Attorneys for Defendants,
CITY OF SAN JOSE, SAN JOSE POLICE OFFICER J. FREITAS (BADGE NO. 3720), SAN JOSE POLICE OFFICER R. BRENNAN (BADGE NO. 3841), SAN JOSE POLICE OFFICER GONZALEZ (BADGE NO. 3845), and SAN JOSE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD HUDSON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE OFFICER J. FREITAS (BADGE NO. 3720), SAN JOSE POLICE OFFICER R. BRENNAN (BADGE NO. 3841), SAN JOSE POLICE OFFICER GONZALEZ (BADGE NO. 3845), SAN JOSE POLICE DEPARTMENT, AND DOES 1-200, inclusive,<br><br>        Defendants. | Case Number:  C05-03015 RS<br><br>**STIPULATION AND ORDER RE PRODUCTION OF PERSONNEL FILES** |

      Plaintiff in the above entitled action, DONALD HUDSON, and defendants, JOSEPH FREITAS, RYAN BRENNAN and PETE GONZALEZ, hereby stipulate as follows:

      1.     Plaintiff served a Request for Production of Documents which includes a request for the personnel files of defendants JOSEPH FREITAS, RYAN BRENNAN and PETE GONZALEZ, including any and all records pertaining to any disciplinary action or complaints for misconduct filed against them.  Defendants have informally advised

1  plaintiff's counsel that they oppose a blanket production of these officers' personnel files
2  on the basis of confidential nature of these files.
3      The parties have met and conferred on this issue and have agreed to the
4  production of the personnel files of the three defendant police officers, JOSEPH
5  FREITAS, RYAN BRENNAN and PETE GONZALEZ, to the Court for *in camera* inspection
6  and determination as to what, if any, documents from these files defendants will be
7  obligated to produce.
8      Following the Court's *in camera* inspection, defendants will produce to plaintiff any
9  documents the Court orders produce, subject to a suitable protective order, substantially
10 similar to the Proposed Protective Order attached hereto.

**IT IS SO STIPULATED:**

Dated: May 11, 2006

_____
CHRISTOPHER D'ANJOU, ESQ.

Attorney for Plaintiff, DONALD HUDSON

Dated: May 16, 2006

RICHARD DOYLE, City Attorney

By: _____
MICHAEL DODSON
Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, SAN JOSE POLICE
OFFICER J. FREITAS, SAN JOSE POLICE
OFFICER R. BRENNAN, SAN JOSE
POLICE OFFICER GONZALEZ, and SAN
JOSE POLICE DEPARTMENT

**IT IS SO ORDERED.**

Dated: May 16, 2006

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge