**United States District Court**
For the Northern District of California

1
2
3                                                      **\*E-FILED 5/25/06\***
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION
10  DONALD HUDSON,                              NO. C-05-03015 RS
11              Plaintiff,                      **ORDER RE MOTIONS IN**
12       v.                                     **LIMINE**
13  CITY OF SAN JOSE, et al.,
14              Defendants.
15  _____/
16
17       At the pretrial conference held on May 24, 2006, the parties respective motions in limine
18  were argued and the Court ruled as follows:
19                          Defendants' In Limine Motions
20       No 1:  GRANTED
21       No 2:  DENIED without prejudice as moot.  Plaintiff presently has no claim for punitive
22  damages.  In the event plaintiff seeks leave to amend to add a claim for punitive damages, and in the
23  event the Court were to grant such leave, this motion could be renewed.
24       No 3:  GRANTED, as to Dr. Swan.  CONDITIONALLY DENIED, as to Dr. Eck.  Plaintiff
25  shall arrange to produce Dr. Eck  for deposition in San Jose no later than June 2, 2006.  If Plaintiff is
26  unable to do so, Dr. Eck will not be permitted to testify at trial.
27       No 4:  GRANTED, without prejudice to the introduction of other, admissible, evidence
28  relating to the same topic.

                                        1

<Plaintiff's In Limine Motions

No 1: GRANTED.

No 2:  Ruling withheld, pending parties' efforts to resolve by stipulation.

IT IS SO ORDERED

Dated: May 25, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

1    **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2    Michael J. Dodson      cao.main@sanjoseca.gov

3    Anthony E. Pagkas      pagkas@yahoo.com, cdanjou@gmail.com

4

5    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the Court's CM/ECF program.

6

7    **Dated: May 25, 2006**                    **Chambers of Judge Richard Seeborg**

8

9                                               **By:**        **/s/ BAK**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California