*E-FILED 5/26/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD HUDSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE OFFICER J. FREITAS (BADGE NO. 3720), SAN JOSE POLICE OFFICER R. BRENNAN (BADGE NO. 3841), SAN JOSE POLICE OFFICER GONZALEZ (BADGE NO. 3845), SAN JOSE POLICE DEPARTMENT, AND DOES 1-200, inclusive,<br><br>　　　　　　　Defendants. | Case Number:  C05-03015 RS<br><br>**ORDER REGARDING PRODUCTION OF DOCUMENTS FOLLOWING *IN CAMERA* INSPECTION** |

　　　　Pursuant to a Stipulation of plaintiff and defendants, the Court conducted an *in camera* inspection of the personnel files of defendant officers Joseph Freitas, Ryan Brennan, and Pete Gonzalez on May 26, 2006.  The Court, having reviewed the files, hereby orders production of the following documents only:  Freitas file #3720, pp. 2-8; Internal Affairs Reports, pp. 3-50, 51-70.  These documents will be produced subject to the following Protective Order:

1

1. These documents are considered to be confidential and are to be used for the purpose of the above-captioned litigation only.  Accordingly, the documents and/or their contents may only be disclosed by plaintiff or plaintiff's attorneys on an as needed basis and may be disclosed for the purposes of this litigation only.  These confidential documents shall not be disseminated to third parties and shall not be used in any other litigation.  Photocopies of such documents shall not be made.  Counsel will advise persons given access to any confidential documents, of the confidentiality of said documents.

2. Upon the conclusion of this litigation by final judgment, dismissal, or settlement, all such confidential documents shall be immediately returned to the Office of the City Attorney, 200 East Santa Clara Street, San Jose, California 95113-1905.

3. The transcript of any hearing on the record with regard to the *in camera* inspection by the Court shall be sealed and only opened upon further order of the Court.

4. All documents to be produced pursuant to this Order shall be delivered to counsel for plaintiff on or before Tuesday, May 30, 2006.

**IT IS SO ORDERED**

Dated: 5/26/06

HON. RICHARD SEEBORG
United States Magistrate Judge